UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

v.

EVAN KYLE DAVIS (04)

) Case No. 10CR5152-RBB
)
) JUDGMENT AND COMMITMENT
)
) GREGORY OBENAUER
) _____
  Defendant's Attorney

FILED
MAY - 4 2011
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY

REGISTRATION NO. 24370298

VIOLATION: 18 USC 661 - Theft Within the Special Maritime and Territorial Jurisdiction of the United States (Misdemeanor)

_x_ Defendant pleaded guilty to count one of the Superseding Information.
___ Count(s) _____ dismissed on the government's oral motion.
_X_ Underlying _____Indictment_____ dismissed on the government's oral motion.

## JUDGMENT AND COMMITMENT

_x_ Defendant is adjudged guilty on count one of the Superseding Information

The defendant is hereby committed to the custody of the United States Bureau of Prisons for a term of
_____.

_x_ ONE YEAR SUPERVISED RELEASE imposed.
on the following conditions:
_x_ obey all laws, Federal, State and Municipal
_x_ comply with all lawful rules and regulations of the probation department
_x_ comply with restitution order signed by District Judge Jeffrey T. Miller
___ not transport, harbor or assist undocumented aliens
___ not reenter the United States illegally
___ not possess any firearm, destructive device or any other dangerous weapon
___ submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter,
    as directed by the probation officer
___ the court waives the mandatory drug testing condition based on the court's determination that the defendant poses
    a low risk of future substance abuse.
_x_ Penalty assessment of $ - 10.00 Remitted.
_x_ Fine waived         ___ Fine of $

IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

IT IS ORDERED that the Clerk deliver a certified copy of this judgment and commitment to the United States Marshal or other qualified officer and that the copy serve as the commitment of the defendant.

MAY 3, 2011
_____
Date of Imposition of Sentence

_____
RUBEN B. BROOKS
UNITED STATES MAGISTRATE JUDGE
Entered on: